O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )    SA 10-106M
                                    )
     v.                             )    ORDER OF DETENTION AFTER HEARING
                                    )    (18 U.S.C. § 3142(i))
ROSARIO ELIZALDE FLORES,            )
                                    )
            Defendant.              )
_____)

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

|    |    |
|----|----|
| 1  | II. |
| 2  | The Court finds no condition or combination of conditions will reasonable assure: |
| 3  | A. ( X )   appearance of defendant as required; and/or |
| 4  | B. ( ) safety of any person or the community; |
| 5  | III. |
| 6  | The Court has considered: |
| 7  | A. ( x) the nature and circumstances of the offense; |
| 8  | B. (x) the weight of evidence against the defendant; |
| 9  | C. (x) the history and characteristics of the defendant; |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community. |
| 11 | IV. |
| 12 | The Court concludes: |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 14 | |
| 15 | B. (x )   History and characteristics indicate a serious risk that defendant will flee because: |
| 16 | **Defendant has not acknowledged his true identity or provided any background** |
| 17 | **information to Pretrial Services.  He has no ties to the community and no bail** |
| 18 | **resources.** |
| 19 | |
| 20 | C. ( ) A serious risk exists that defendant will: |
| 21 | 1. ( )   obstruct or attempt to obstruct justice; |
| 22 | 2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 23 | |
| 24 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption |
| 25 | provided in 18 U.S.C. § 3142 (e). |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated:, March 18, 2010

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**